

# NUMBER 13-25-00251-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JUSTINA DEEDEE QUAILES,**                                                   **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                        **Appellee.**

---

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Chief Tijerina and Justices Peña and West
### Memorandum Opinion by Justice West

Appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number CR-1749-23-J. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that appellant "has NO right of appeal" and has "waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On June 6, 2025, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. On November 7, 2025, appellant's counsel filed a response concluding that appellant does not have the right to pursue this appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction.

JON WEST
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
8th day of January, 2026.

2